No. 03–5143.  HARRINGTON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–5144.  JONES v. LAMARQUE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–5145.  WILLIAMS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–5147.  PLACENCIA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–5148.  WILSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–5149.  AGHOLOR v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5150.  BROWN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–5151.  WYNN v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–5153.  VARDAS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–5154.  THOMAS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5155.  VIANA v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 03–5156.  WEBSTER v. ORTIZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–5157.  BROWN v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 03–5158.  HENRY v. LEVARITY ET AL.  C. A. 11th Cir. Certiorari denied.

No. 03–5159.  BASSETT v. BASSETT.  Ct. App. Ohio, Trumbull County.  Certiorari denied.